## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sewell, Lanette

Printed: 01/29/09

Case Number:  08 B 09810
Judge:  Goldgar, A. Benjamin
Filed:  4/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: December 16, 2008
Confirmed: June 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,330.00 |  |
| Secured: |  | 20.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,222.66 |
| Trustee Fee: |  | 86.46 |
| Other Funds: |  | 0.00 |
| Totals: | 1,330.00 | 1,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,254.00 | 1,222.66 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 204.65 | 20.88 |
| 4. | Cook County Treasurer | Secured | 2,402.66 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 16,168.92 | 0.00 |
| 6. | Beneficial Illinois Inc | Unsecured | 116.48 | 0.00 |
| 7. | USA Federal Credit Union | Unsecured | 189.26 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 337.44 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 72.30 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 4,472.53 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 618.27 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 70.73 | 0.00 |
| 13. | American General Finance | Unsecured | 160.70 | 0.00 |
| 14. | USA Federal Credit Union | Unsecured | 107.20 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 62.38 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 262.87 | 0.00 |
| 17. | ETI Financial Corp. | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| 20. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 21. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 22. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 23. | QVC | Unsecured | | No Claim Filed |
| 24. | Harris Bank | Unsecured | | No Claim Filed |
| 25. | Brylane Home | Unsecured | | No Claim Filed |
| 26. | GEMB | Unsecured | | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sewell, Lanette

Printed: 01/29/09

Case Number:  08 B 09810
Judge:  Goldgar, A. Benjamin
Filed:  4/21/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  Providian Bank | Unsecured | | No Claim Filed |
| 28.  NBGL-Carsons | Unsecured | | No Claim Filed |
| 29.  Washington Mutual Providian | Unsecured | | No Claim Filed |
| 30.  Newport News | Unsecured | | No Claim Filed |
| 31.  CACV Inc | Unsecured | | No Claim Filed |
| 32.  Harris Bank | Unsecured | | No Claim Filed |
| 33.  SST | Unsecured | | No Claim Filed |
| 34.  VC Funding | Unsecured | | No Claim Filed |
| 35.  Women's Workout World | Unsecured | | No Claim Filed |
| 36.  Victoria's Secret | Unsecured | | No Claim Filed |
| 37.  National Credit System | Unsecured | | No Claim Filed |
| | | $ 28,500.39 | $ 1,243.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 86.46 |
| | $ 86.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

